# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**John J. Hormovitis**

    vs.                   **CASE NUMBER: 1:09-CV-758 (GTS)**

**Paul A. Levine, in his Official Capacity as Chapter 7 Trustee**

**Decision by Court.**  This action came hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Bankruptcy Appeal filed by John J. Hormovitis is DENIED and DISMISSED. The Decision and Order of Bankruptcy Judge Robert E. Littlefield Jr. Dated April 27, 2009, is AFFIRMED.

All of the above pursuant to the order of the Honorable Judge Glen T. Suddaby, dated the 1st day of March, 2010.

DATED: March 1, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk